| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>　Telephone No: 310-826-7474<br><br>　Attorney For:　Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:*<br>5078-002C | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS<br>MIDLAND/ODESSA DIVISION | | |
| *Plaintiff:*　UNALIWEAR, INC.<br>*Defendant:*　GOOGLE LLC | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>7:25-cv-00571- DC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Order And Advisory; Plaintiff's Corporate Disclosure Statement; Appearance Of Counsel

3.  *a.　Party served:*　　GOOGLE LLC
 *b.　Person served:*　　Koy Saechao, Authorized Employee, CSC Lawyers Inc., Agent for Service of Process Authorized to Accept served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*　　2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

5.  *I served the party:*
 a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 23 2025 (2) at: 10:55 AM

6. *Person Who Served Papers:*
 a. Nancy Graddy (04-010, Placer County)      **d.** *The Fee for Service was:* **$279.33**
 **b. FIRST LEGAL**
  1517 W. Beverly Blvd.
  LOS ANGELES, CA 90026
 c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 12/23/2025 | *N. graddy* |
|---|---|
| *(Date)* | *(Signature)* |



**PROOF OF SERVICE**

*14848555*
*(17592600)*