**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| UNALIWEAR, INC., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 7:25-cv-00571 |
| vs. § | |
| § | JURY TRIAL DEMANDED |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |
| § | |

**UNOPPOSED MOTION OF DEFENDANT GOOGLE LLC FOR EXTENSION OF TIME
TO MOVE, ANSWER, OR OTHERWISE RESPOND**

Defendant Google LLC respectfully moves the Court to extend the deadline to move, answer, or otherwise respond to Plaintiff's Complaint by 30 days, up to and including February 12, 2026. Plaintiff served its Complaint on December 23, 2025. Consequently, the due date for Google to move, answer, or otherwise respond to the Complaint is January 13, 2026. Accordingly, Google's new deadline will be February 12, 2026, under the unopposed 30-day extension. Counsel for Google has conferred with counsel for Plaintiff, and this request is unopposed. This is the first extension sought by Google related to this deadline. Google seeks this extension for good cause and not for delay.

Accordingly, Google respectfully requests the Court grant this extension and enter the Proposed Order submitted herewith.

Dated: January 9, 2026                                  Respectfully submitted,

*/s/ Brian C. Banner*
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3569
fax: 512.402.6865
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 */s/ Brian C. Banner*
                                                 Brian C. Banner
                                                 *Attorney for Defendant*