IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 7:25-cv-00571 |
| vs. | § |
| | § JURY TRIAL DEMANDED |
| GOOGLE LLC, | § |
| | § |
| Defendant. | § |
| | § |

**[PROPOSED] ORDER**

Having considered the unopposed motion of Defendant Google LLC for extension of time to move, answer, or otherwise respond, the Court hereby GRANTS the motion.

It is therefore ORDERED that Defendant Google's time to move, answer, or otherwise respond to Plaintiff's Complaint is extended to February 12, 2026.

SIGNED this ___ day of _____, 2026.

_____