IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Civil Action No. 7:25-cv-00571-DC-DTG |

**DEFENDANT GOOGLE'S UNOPPOSED MOTION TO STAY PENDING RESOLUTION OF PROCEEDING AT THE INTERNATIONAL TRADE COMMISSION PURSUANT TO 28 U.S.C. § 1659**

Pursuant to 28 U.S.C. § 1659 and this Court's inherent powers to control its docket, Defendant Google LLC ("Google") respectfully moves this Court to stay all proceedings in the above-captioned case pending completion of a parallel United States International Trade Commission ("ITC") proceeding, captioned *In The Matter of Certain Wearable Devices With Fall Detection And Components Thereof*, Inv. No. 337-TA-1477 (the "1477 Investigation"). Plaintiff UnaliWear, Inc. ("UnaliWear") does not oppose this motion.

District court patent claims that involve the same issues as a parallel ITC proceeding are subject to a mandatory stay. Specifically, 28 U.S.C. § 1659 provides:

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court **shall stay**, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission.

28 U.S.C. § 1659(a) (emphasis added). A stay issued under this statute remains in effect during any appeals and "until the Commission proceedings are no longer subject to judicial review." *In*

*re Princo Corp.*, 478 F.3d 1345, 1355 (Fed. Cir. 2007); *Fuji Photo Film Co. v. Benum*, 463 F.3d 1252, 1256 (Fed. Cir. 2006) ("district court must await a final decision from the Commission before proceeding with its action."); *Longitude Licensing Limited et al. v. Apple Inc. et al.*, No. 1:25-cv-215-ADA, ECF No. 25 (W.D. Tex. Apr. 21, 2025) (staying district court action through completion, including any appeals, of parallel ITC investigation).  This unopposed request is timely filed, as the ITC instituted the 1477 Investigation on January 7, 2026.  28 U.S.C. § 1659(a); *see* USITC, *In The Matter of Certain Wearable Devices With Fall Detection And Components Thereof*, Notice of Institution of Investigation No. 337-TA-1477, Vol. 91 Fed. Reg. 1197 (Jan. 12, 2026).

Here, the same claims involving the same issues are asserted in this action as are asserted against Google in the 1477 Investigation.  First, UnaliWear asserts identical patents in both cases: U.S. Patent Nos. 10,051,410 ("the '410 Patent") and 10,697,193 ("the '193 Patent").  Second, Google is a named Defendant/Respondent in both actions.  Third, Google Pixel Watch products are accused in both actions.  Thus, a stay under 28 U.S.C. § 1659 is appropriate.

For the foregoing reasons, Google respectfully requests that the Court stay all proceedings in the above-captioned case until the completion of the 1477 Investigation, including any appeals and until the Commission proceedings are no longer subject to judicial review.

Dated: January 12, 2026                By:     /s/ *Brian C. Banner*
                                               Brian C. Banner (TX Bar No. 24059416)
                                               bbanner@sgbfirm.com
                                               SLAYDEN GRUBERT BEARD PLLC
                                               401 Congress Ave., Suite 1650
                                               Austin, TX 78701
                                               tel: 512.402.3569
                                               fax: 512.402.6865

                                               Tuhin Ganguly
                                               David J. Shaw
                                               Atifah Safi
                                               Thomas Romanchek
                                               Ruyan Zhang
                                               **DESMARAIS LLP**
                                               1899 Pennsylvania Avenue, NW, Suite 400
                                               Washington, DC 20006
                                               Telephone: (202) 451-4900
                                               Facsimile: (202) 451-4901

                                               Raymond Habbaz
                                               **DESMARAIS LLP**
                                               230 Park Avenue, 26th Floor
                                               New York, NY 10169
                                               Telephone: (212) 351-3400
                                               Facsimile: (212) 351-3401
                                               Email:GoogleUnaliWearDLLPservice@desmaraisllp.com

                                               *Counsel for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 12th day of January 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    /s/ *Brian C. Banner*
                                                    Brian C. Banner
                                                    *Attorney for Defendant*