IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., | § |
| Plaintiff, | § § § |
| vs. | § Civil Action No. 7:25-cv-00571-DC-DTG § § JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § |
| Defendant. | § § |

**[PROPOSED] ORDER**

Having considered the unopposed MOTION OF DEFENDANT LLC TO STAY PENDING RESOLUTION OF PROCEEDING AT THE INTERNATIONAL TRADE COMMISSION PURSUANT TO 28 U.S.C. § 1659, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that this case is STAYED pending resolution of the parallel proceeding currently pending in the United States International Trade Commission, Investigation No. 337-TA-1477, including during any appeals thereof.

SIGNED this ___ day of _____, 2026.

_____