IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 7:25-cv-00571-DC-DTG |
| vs. § | |
| § | JURY TRIAL DEMANDED |
| GOOGLE LLC, § | |
| § | |
| Defendant. § | |
| § | |

**NOTICE OF ATTORNEY APPEARANCE**

Defendant Google LLC hereby notifies the Court that Brian C. Banner of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3569, Facsimile: 512.402.6865, E-mail: bbanner@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Banner requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: January 12, 2026                    Respectfully submitted,

*/s/ Brian C. Banner*
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865

1

*Attorney for Defendant Google LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2026, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    */s/ Brian C. Banner*
Brian C. Banner
*Attorney for Defendant Google LLC*