IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNALIWEAR, INC., | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 7:25-cv-00571-DC-DTG |
| vs. | § |
| | § JURY TRIAL DEMANDED |
| GOOGLE LLC, | § |
| | § |
| Defendant. | § |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC hereby notifies the Court that Valerie K. Barker of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.5219, Facsimile: 512.402.6865, E-mail: vbarker@sgbfirm.com) has entered this action as counsel for Defendant. Ms. Barker requests that future filings and court notifications be served on her at the e-mail address indicated above.

Dated: January 13, 2026  Respectfully submitted,

*/s/ Valerie K. Barker*
Valerie K. Barker (TX Bar No. 24087141)
vbarker@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.5219
fax: 512.402.6865

***Attorney for Defendant Google LLC***

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January 2026, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ *Valerie K. Barker*
Valerie K. Barker
*Attorney for Defendant Google LLC*