UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

UNALIWEAR, INC.,

vs.                                         Case No.: 7:25-cv-00571-DC-DTG

GOOGLE LLC,

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Tuhin Ganguly , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Google LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Desmarais LLP  with offices at:
   Mailing address: 1899 Pennsylvania Avenue, NW, Suite 400
   City, State, Zip Code: Washington, DC 20006
   Telephone: 202-451-4912      Facsimile: 202-451-4901

2. Since December 9, 2008 , Applicant has been and presently is a member of and in good standing with the Bar of the State of California .
   Applicant's bar license number is 261484 .

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | California State Bar | December 9, 2008 |
   | District of Columbia Bar | October 5, 2009 |
   | U.S.D.C.- Northern District of CA | March 21, 2019 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☑ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1:25-cv-1734-ADA   on the 5 day of December, 2025.

   Number: 7-25-cv-00407   on the 1 day of October, 2025.

   Number: _____   on the ___ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Brian C. Banner

Mailing address: 401 Congress Ave., Suite 1650

City, State, Zip Code: Austin, TX 78701

Telephone: 512-402-3550

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tuhin Ganguly to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tuhin Ganguly
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 13 day of January, 2026.

Tuhin Ganguly
[printed name of Applicant]

_____
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

UNALIWEAR, INC.,

vs.                                          Case No.: 7:25-cv-00571-DC-DTG

GOOGLE LLC,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Tuhin Ganguly, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Tuhin Ganguly may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Tuhin Ganguly, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE