IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| UNALIWEAR, INC., | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00571-DC-DTG |
| GOOGLE LLC, | § | |
| *Defendant,* | § | |

**ORDER GRANTING THE DEFENDANT'S**
**UNOPPOSED MOTION TO STAY (DKT. NO. 11)**

Before the Court is the defendant, Google LLC's unopposed motion to stay action pending the determination of the United States International Trade Commission proceeding titled *Certain Wearable Devices With Fall Detection And Components Thereof, Inv. No. 337-TA-1477*, becomes final. The defendant represents to the Court that there is overlap between the accused products and intellectual property rights that UnaliWear asserts in the ITC investigation and in this case, and thus a stay is mandatory under 28 U.S.C. § 1659(a). Having considered the motion, the Court finds that this motion should be **GRANTED**. It is **ORDERED** that:

1. The above-captioned action is **STAYED**, including all unreached deadlines, until *Certain Wearable Devices With Fall Detection And Components Thereof, Inv. No. 337-TA-1477* becomes final.

2. The parties shall submit a joint status report every six (6) months and a motion for status conference within ten (10) calendar days of a final determination in 337-TA-1477.

**SIGNED** this 14th day of January, 2026.

                                                                     DEREK T. GILLILAND
                                                                     UNITED STATES MAGISTRATE JUDGE