**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| UNALIWEAR, INC., | |
| *Plaintiff*, | |
| v. | Case No. 7:25-cv-00571-DC-DTG |
| GOOGLE LLC, | **Jury Trial Demanded** |
| *Defendant*. | |

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's Order, Dkt. No. 22, the Parties file the following joint status report.

The ITC Investigation is proceeding according to the case schedule, attached as Exhibit A hereto. Currently the target date for completion of investigation is Wednesday, May 12, 2027.

Dated: July 14, 2026                    Respectfully submitted,

                    */s/ Reza Mirzaie*
                    Reza Mirzaie
                    CA State Bar No. 246953
                    Email: rmirzaie@raklaw.com
                    Neil A. Rubin
                    CA State Bar No. 250761
                    Email: nrubin@raklaw.com
                    James Tsuei
                    CA State Bar No. 285530
                    Email: jtseui@raklaw.com
                    Bradley A. Hyde
                    CA State Bar No. 301145
                    Email: bhyde@raklaw.com
                    Susan Tull
                    DC State Bar No. 992644
                    Email: stull@raklaw.com

1

Sarah Wang
NY State Bar No. 5334602
Email: swang@raklaw.com
Mackenzie Paladino
NY State Bar No. 6039366
Email: mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Matthew D. Aichele
DC State Bar No. 996085
Email: maichele@raklaw.com
**RUSS AUGUST & KABAT**
800 Maine Ave SW
Suite 200
Washington DC 20004
Telephone: 202-664-0623

**ATTORNEYS FOR PLAINTIFF,
UnaliWear, Inc.**

*/s/ Tuhin Ganguly*
Tuhin Ganguly
Atifah Safi
Thomas Romanchek
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Telephone: (202) 451-4900
Facsimile: (202) 451-4901
Email:
GoogleUnaliWearDLLPservice@desmaraisllp.com

Raymond N. Habbaz
**DESMARAIS LLP**
230 Park Avenue, 26th Floor
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401
Email:
GoogleUnaliWearDLLPservice@desmaraisllp.com
**ATTORNEYS FOR DEFENDANT,
GOOGLE LLC**

## **CERTIFICATE OF SERVICE**

I certify that on July 14, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ Sarah Wang
Sarah Wang