# EXHIBIT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C.**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN WEARABLE DEVICES**<br>**WITH FALL DETECTION AND**<br>**COMPONENTS THEREOF** | **Inv. No.  337-TA-1477** |

**ORDER NO. 5:       SETTING THE TARGET DATE AT SIXTEEN MONTHS**

(February 4, 2026)

By publication of a notice in the *Federal Register* on January 12, 2026, pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, the Commission instituted this investigation to determine:

> [W]hether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain products identified in paragraph (2) by reason of infringement of one or more of claims 1-20 of the '410 patent and claims 1-43 of the '193 patent, and whether an industry in the United States exists as required by subsection (a)(2) of section 337[.]

91 Fed. Reg. 1197 (Jan. 12, 2026).

Pursuant to Commission Rule 210.10(b)(1), 19 C.F.R. § 210.10(b)(1), the plain language description of the accused products or category of accused products, which defines the scope of the investigation, is "electronic watches with the capability to detect when a user has suffered a fall, and components thereof." *Id.*

Pursuant to Commission Rule 210.51(a), a target date for completion of the investigation must be set.  Complainant and the Commission Investigative Staff propose a sixteen month target date; while Respondents propose eighteen months.  EDIS Doc. ID 871462, Ex. A at 18.

The target date for this investigation shall be Wednesday, May 12, 2027, which is sixteen (16) months from the date that the Notice of Investigation was published in the *Federal Register*.

1

Matthew Aichele downloaded 871547-2493191 on Wed Feb 04 13:20:00 EST 2026

*See* 19 C.F.R. § 210.51(a); 19 C.F.R. § 201.14(a).  Consequently, any final initial determination would be due by Tuesday, January 12, 2027.  *See* 19 C.F.R. § 210.42(a)(1)(i).

**SO ORDERED.**

_____
Cameron Elliot
Administrative Law Judge

2

Matthew Aichele downloaded 871547-2493191 on Wed Feb 04 13:20:00 EST 2026